James P. Watson (SBN 046127)
Bruce K. Leigh (SBN 129753)
Anne Bevington (SBN 111320)
STANTON, KAY & WATSON, LLP
101 New Montgomery Street, Fifth Floor
San Francisco, California 94105
Telephone: (415) 512-3501
Facsimile: (415) 512-3515
Email: jamesw@skwsf.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE LABORERS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE LABORERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; and BOARD OF TRUSTEES OF THE LABORERS TRAINING AND RETRAINING TRUST FUND FOR NORTHERN CALIFORNIA,<br><br>Plaintiffs,<br><br>v.<br><br>CLARK ARNOLD CORP., a California corporation; and JONAS D. CLARK, an Individual,<br><br>Defendants. | Case No. C-06-6915 CW<br><br>NOTICE OF SUBSTITUTION OF ATTORNEY |

Plaintiffs BOARD OF TRUSTEES OF THE LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE LABORERS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE LABORERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; and

///

///

///

-1-

Notice of Substitution of Attorney [Case No.C06-6915 CW]

BOARD OF TRUSTEES OF THE LABORERS TRAINING AND RETRAINING TRUST FUND FOR NORTHERN CALIFORNIA, hereby substitute as their attorney:

>Ronald L. Richman, Esq. (SBN 139189)
>Bullivant Houser Bailey, P.C.
>601 California Street, Suite 1800
>San Francisco, California  94108-2823
>
>Telephone No.  (415) 352-2700
>Facsimile No.  (415) 352-2701
>E-Mail:        Ron.Richman@bullivant.com

in place and instead of their current attorneys, James P. Watson, Anne M. Bevington and Bruce K. Leigh, Stanton, Kay & Watson, LLP.

**NEW COUNSEL ACCEPTS THIS SUBSTITUTION:**

DATED: December 27, 2006

Ronald L. Richman
BULLIVANT HOUSER BAILEY, P.C.

By: _/s/ Ronald L. Richman_
Ronald L. Richman

**FORMER COUNSEL CONSENTS TO THIS SUBSTITUTION:**

DATED:  December 20, 2006

James P. Watson
Bruce K. Leigh
Anne Bevington
STANTON, KAY & WATSON, LLP

By: _/s/ Anne Bevington_
Anne M. Bevington

**PLAINTIFFS CONSENT TO THIS SUBSTITUTION:**

DATED: December 27, 2006

BOARD OF TRUSTEES OF THE LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE LABORERS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE LABORERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; and BOARD OF TRUSTEES OF THE LABORERS TRAINING AND RETRAINING TRUST FUND FOR NORTHERN CALIFORNIA,

By: _Edward Smith_
Name: Edward Smith
Title: Fund Manager
Authorized Representative

*IT IS SO ORDERED*
*/s/ Claudia Wilken*
*Judge Claudia Wilken*
*UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA*

F:\CASES\7000\7000.1073\PLEADINGS\SUBSTITUTION OF ATTORNEY.doc

-2-

Notice of Substitution of Attorney [Case No.C06-6915 CW]