IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA, et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>CLARK ARNOLD CORPORATION,<br><br>　　　　Defendant.　　　　　　　　　／ | No. C 06-06915 CW<br><br>ORDER |

　　Pursuant to Plaintiffs' Statement in Lieu of Case Management Conference,

　　IT IS HEREBY ORDERED that within thirty (30) days of the date of this Order, Plaintiffs shall request entry of default by the Clerk against Defendant Clark Arnold Corporation.  Within thirty (30) days of the entry of default by the Clerk against Defendant Clark Arnold Corporation, Plaintiffs shall file a motion for default judgment, and upon filing of motion for default judgment, said motion will be referred to a Magistrate Judge, pursuant to Civ. L.R. 72-1, to be heard and considered at the convenience of his/her calendar.  The Magistrate Judge shall prepare findings and recommendation on the motion.

　　IT IS FURTHER ORDERED that the Case Management Conference previously set for February 9, 2007, is continued to August 10,

1  2007, at 1:30 p.m.

2

3  Dated: 1/24/07

4  _____
   CLAUDIA WILKEN
5  United States District Judge

6
   cc:   Wings
7

8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28