Ronald L. Richman, SBN 139189
Joye Blanscett, SBN 191242
Bullivant Houser Bailey PC
601 California Street, Suite 1800
San Francisco, CA 94108
e-mail: ron.richman@bullivant.com
e-mail: joye.blanscett@bullivant.com
Telephone:  (415) 352-2700
Facsimile:  (415) 352-2701

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE LABORERS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE LABORERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; and BOARD OF TRUSTEES OF THE LABORERS TRAINING AND RETRAINING TRUST FUND FOR NORTHERN CALIFORNIA, <br><br> Plaintiffs, <br><br> v. <br><br> CLARK ARNOLD CORP., a California Corporation; JONAS D. CLARK, an individual, <br><br> Defendants. | Case No.: C06-6915 CW <br><br> **PLAINTIFFS' STATEMENT IN LIEU OF CASE MANAGEMENT CONFERENCE;** ~~PROPOSED~~ **ORDER** <br><br> Date:         September 11, 2007 <br> Time:        2:00 p.m. <br> Courtroom: 2, 4th Floor, Oakland <br>                    Hon. Claudia Wilkens |

/ / /

/ / /

/ / /

/ / /

/ / /

6085876.1
-1-
PLAINTIFFS' STATEMENT IN LIEU OF CASE MANAGEMENT CONFERENCE STATEMENT; PROPOSED ORDER

As Defendant Clark Arnold Corp. has failed to answer or otherwise appear in this action and this action is stayed due to bankruptcy as to Defendant Jonas D. Clark, plaintiffs hereby submit this statement in lieu of a case management conference statement.

Defendant Clark Arnold Corp. was served on December 14, 2006 and failed to respond. The Clerk of Court entered the default of Defendant Clark Arnold Corp. on February 7, 2007. Plaintiffs filed a motion for default judgment on March 7, 2007. On May 24, 2007, Magistrate Judge Edward M. Chen issued a Report and Recommendation Re: Plaintiffs' Motion for Default Judgment recommending that judgment be entered in plaintiffs' favor. No written objection was filed in response to the report and recommendation ~~and no final decision has been issued. Plaintiffs' motion for default judgment is still pending.~~ The Court issued an Order of 7/31/07.

As to Defendant Jonas D. Clark, the action remains stayed as a result of his filing for personal bankruptcy. If judgment is granted against Defendant Clark Arnold Corp., plaintiffs anticipate that they will dismiss without prejudice their action against Defendant Jonas D. Clark.

Based on the above, Plaintiffs respectfully request that this Court take the Case Management Conference set for September 11, 2007 at 2:00 p.m. off calendar.

DATED: September 6, 2007

BULLIVANT HOUSER BAILEY PC

By _/s/_
Joye Blanscett
Attorneys for Plaintiffs

## ORDER

The Court having read Plaintiffs' Statement in Lieu of Case Management Conference Statement and good cause appearing therefore:

IT IS HEREBY ORDERED that the Case Management Conference currently scheduled for September 11, 2007 at 2:00 p.m. ~~be vacated.~~  is continued to 10/23/07 at 2:00 p.m.

DATED: September __12__, 2007

By _____
HON. CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE